**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO. 1:13-CR-88-P (01)** |
| | ) | |
| **WANDA ELAINE GONZALES** | ) | |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

**WANDA ELAINE GONZALES,** by consent, under authority of United States v. Dees,

125 F.3d 261 (5ᵗʰ Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has

entered a plea of guilty to the Indictment.  After cautioning and examining **WANDA ELAINE**

**GONZALES.**  under oath concerning each of the subjects mentioned in Rule 11, I determined

that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported

by an independent basis in fact containing each of the essential elements of such offense.  I

therefore recommend that the plea of guilty be accepted and that **WANDA ELAINE**

**GONZALES.** be adjudged guilty and have sentence imposed accordingly.

Date:   January 23ʳᵈ, 2014.


E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE


### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).